## ANTHONY v. CODY.

EVANS, P. J. The maker of a promissory note, which recites that its consideration is the purchase-price of described personal property, but does not purport to integrate the sale contract, may, in defense to a suit on the note by the seller, plead as failure of consideration a breach of a contemporaneous oral warranty. *Pryor* v. *Ludden & Bates Southern Music House*, 134 *Ga.* 288 (67 S. E. 654).

(*a*) It was error to strike the plea on general demurrer.

*Judgment reversed. All the Justices concur.*

NOVEMBER 16, 1910.

Complaint. Before Judge Gilbert. Marion superior court. November 15, 1909.

*W. B. Short,* for plaintiff in error.   *G. D. King,* contra.